UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

P Send

CIVIL MINUTES - GENERAL

Case No. CV 01-4429 FMC(CTx) Date: July 26, 2001

Title: KATHERINE GRAHAM v SISTERS OF PROVIDENCE IN CALIFORNIA, et al.

PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

Alicia Mason — Courtroom Clerk

Not present — Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: Not present

ATTORNEYS PRESENT FOR DEFENDANTS: Not present

PROCEEDINGS: ORDER SETTING SCHEDULING CONFERENCE *** (In Chambers)

This Court hereby sets a Scheduling Conference pursuant to Rule 16, Federal Rules of Civil Procedure, on **August 20, 2001 at 9:00 a.m.** Trial counsel are ordered to be present.

Failure to comply with this Order will subject the offending party to sanctions under FRCvP 16(f) and Local Rule 27.

At least seven days prior to the Scheduling Conference, the parties must submit to the Court their Rule 26(f) Report, outlining their discovery plan as established at the Rule 26(a)(1) meeting of counsel.

If additional parties appear in this action after service of this Order, counsel for plaintiff shall serve a copy of the Order on all counsel for new parties and file Proof of Service with the Court.

Judge Cooper's courtroom deputy clerk is Alicia Mason and can be reached at (213) 894-1782. Judge Cooper's courtroom is located on the 7th floor of the **Roybal Federal Building, Courtroom # 750.**

***Note: Under the 2000 Amendments to the Federal Rules of Civil Procedure, Rules 16(b), 26(a)(1), 26(a)(3), 26(a)(4), 26(d) and 26(f) are now effective in this district. Counsel are expected to be familiar with those rules.***

MINUTES FORM 11
CIVIL - GEN

ENTERED ON ICMS
JUL 26 2001
CV

Initials of Deputy Clerk AM

17