Send

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No. CV 01-4429 FMC(CTx) Date: August 20, 2001

Title: KATHERINE GRAHAM v SISTERS OF PROVIDENCE IN CALIFORNIA, et al.

==================================================================

PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

Alicia Mason — Courtroom Clerk

Not present — Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

Ronald E. Norman

ATTORNEYS PRESENT FOR DEFENDANTS:

Rory M. Hernandez

PROCEEDINGS: SCHEDULING CONFERENCE (In Chambers)

The Court met with counsel for a scheduling conference. Plaintiff's counsel expressed concern that the Court no longer has jurisdiction over this matter, now that the Title IX cause of action has been dismissed. Defense counsel contends that the Court has discretionary supplemental jurisdiction.

The parties are instructed to show cause why this matter should not be remanded to state court for further proceedings. Plaintiff's brief is due **September 4, 2001**; defendant's brief is due **September 13, 2001**. The matter will then be taken under submission, and the Court will issue an order.

ENTERED ON ICMS
AUG 21 2001
CV

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk ______

19