ORIGINAL

FILED
CLERK US DISTRICT COURT
AUG 20 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE GRAHAM<br><br>PLAINTIFF(S)<br>v.<br><br>SISTERS OF PROVIDENCE, et al.<br><br>DEFENDANT(S). | CASE NUMBER CV- 01-4429 FMC(CTx)<br><br>NOTICE AND REQUEST OF SETTLEMENT PROCEDURE SELECTION |

Pursuant to Local Rule 23.3, the parties recommend that the Court approve the following settlement procedure:

☐ 23.5.1 - SETTLEMENT PROCEDURE NO. 1 - The parties shall appear before the *(check one)*: ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ 23.5.2 - SETTLEMENT PROCEDURE NO. 2 - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ 23.5.3 - SETTLEMENT PROCEDURE NO. 3 - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

☑ 23.5.4 - SETTLEMENT PROCEDURE NO. 4 - The parties shall appear before a district judge selected at random from the Judicial Civil Settlement Panel for all further settlement proceedings.

Dated:__________ By:__________
Attorney For Plaintiff

Dated: 8-20-01 By: [signature]
Attorney For Plaintiff

Dated: 8-20-01 By: [signature] Rory M. Hurand
Attorney For Defendant

Dated:__________ By:__________
Attorney For Defendant

**IT IS SO ORDERED**, the above request is:
☑ APPROVED
☐ DENIED; **IT IS FURTHER ORDERED** that the Settlement Procedure shall be as follows:

Dated: AUG 20 2001 [signature] Florence-Marie Cooper
United States District Judge/ Magistrate Judge

Courtroom deputy to serve:
Attorney Settlement Officer Panel Coordinator
All counsel of record

21



ENTERED ON ICMS 8/24/01