SEND

FILED
CLERK, U.S. DISTRICT COURT
AUG 24 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katherine Graham<br>PLAINTIFF(S),<br>v.<br>Sisters of Providence, et al<br>DEFENDANT(S). | CASE NO. CV- 01-4429 FMC (CTx)<br><br>REQUEST FOR AND ASSIGNMENT OF SETTLEMENT JUDGE |

Pursuant to Local Rule 23.5.4, the Court requests that a settlement judge be assigned in this action.

Dated: AUG 22

By Alicia Mason
Courtroom Deputy Clerk

TO BE COMPLETED BY CIVIL SECTION:

Pursuant to Local Rule 23.5.4, Judge William J. Rea has been randomly assigned to conduct the settlement conference in this case.

CLERK, U. S. DISTRICT COURT

Dated: 8/24/01

By
Deputy Clerk

cc: Trial Judge
Settlement Conference Judge

22



ENTERED ON ICMS 8/24/01