RORY M. HERNANDEZ, SBN 110673
DEBORAH L. SHIRLEY, SBN 198008
JOANIE L ROESCHLEIN, SBN 210191
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone. (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants Sisters of Providence in California, now known as Providence Health System – Southern California, and Sisters of Providence in California, now known as Providence Health System – Southern California, dba Providence High School

FILED
CLERK, U.S. DISTRICT COURT
SEP 14 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2001 SEP 13 PM 1:48
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ORIGINAL

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KATHERINE GRAHAM,<br><br>Plaintiff,<br><br>v.<br><br>SISTERS OF PROVIDENCE IN CALIFORNIA; PROVIDENCE HIGH SCHOOL; DAVID NAJAR; AND DOES 1 through 20, inclusive,<br><br>Defendant (s). | CASE NO. CV-01-4429 FMC (CTx)<br><br>STIPULATION AND [[redacted]D] ORDER RE EXTENSION OF TIME FOR PROVIDENCE TO FILE BRIEFING IN RESPONSE TO ORDER TO SHOW CAUSE AND FOR PLAINTIFF TO RESPOND TO OUTSTANDING DISCOVERY |

Plaintiff Katherine Graham ("Plaintiff") and Defendants The Sisters of Providence in California, now known as Providence Health System – Southern California, and Sisters of Providence in California, now known as Providence Health System – Southern California, dba Providence High School (collectively, "Providence"), stipulate and agree as follows·

WHEREAS, the Court has requested briefing from Providence in response to Plaintiff's briefing on the question of this Court's jurisdiction;

WHEREAS, the Court requested that Providence's briefing be submitted on Thursday, September 13, 2001,

WHEREAS, Providence has served Requests for Admission, Requests for Production, and

ENTERED ON ICMS
SEP 17 2001
CV

24

Special Interrogatories to which responses were to be due on September 11, 2001;

WHEREAS, due to the tragic events in New York and Washington, D.C. and the national state of alert resulting therefrom, all air travel has been suspended nationwide, the federal courts in Los Angeles remain closed at present, the practice of law has been hindered for both parties' counsel, and Providence's primary trial counsel is now stranded in Chicago, Illinois for an indefinite period of time until air travel resumes and he is able to arrange for transportation back to Los Angeles;

THEREFORE, Plaintiff and Providence, through their attorneys of record, hereby stipulate and agree to the following:

1. Providence shall have one additional week, up to and including September 20, 2001, to file and serve its briefing in response to this Court's Order to Show Cause concerning jurisdiction.

2. Plaintiff shall have one additional week, up to and including September 18, 2001, to serve her responses to Providence's First Sets of Requests for Admission, Requests for Production, and Special Interrogatories.

IT IS SO STIPULATED.

DATED: September 12, 2001

Rory M. Hernandez
Deborah L. Shirley
GIBSON, DUNN & CRUTCHER LLP

By: [signature]
Deborah L. Shirley

Attorneys for Defendants Sisters of Providence in California, now known as Providence Health System – Southern California, and Sisters of Providence in California, now known as Providence Health System – Southern California, dba Providence High School

DATED: September 12, 2001

R. Richard Farnell
Ronald B. Norman
FARNELL & NORMAN

By: [signature]
Ronald B. Norman

Attorneys for Plaintiff Katherine Graham

Gibson, Dunn & Crutcher LLP

IT IS HEREBY ORDERED THAT:

1. Providence shall have one additional week, up to and including September 20, 2001, to file and serve its briefing in response to this Court's Order to Show Cause concerning jurisdiction.

2 Plaintiff shall have one additional week, up to and including September ~~18~~ 27, 2001, to serve her responses to Providence's First Sets of Requests for Admission, Requests for Production, and Special Interrogatories.

IT IS SO ORDERED

9-13-01

By: Florence-Marie Cooper

Hon. Florence-Marie Cooper

Judge, U.S. District Court, Central District of California

## DECLARATIONOF SERVICE

I, Deborah L. Higbee, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State; I am employed in the office of Deborah L. Shirley, a member of the bar of this Court, and at her direction, on September 13, 2001, I served the within:

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR PROVIDENCE TO FILE BRIEFING IN RESPONSE TO ORDER TO SHOW CAUSE AND FOR PLAINTIFF TO RESPOND TO OUTSTANDING DISCOVERY

by placing a true copy thereof in an envelope addressed to each of the persons named below at the address shown:

**Ronald E. Norman, Esq.**
**FARNELL KOONTZ & NORMAN**
**4675 MacArthur Court, 12th Floor**
**Newport Beach, CA 92660-1849**

☑ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on September 13, 2001. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on September 13, 2001.

☐ **BY FACSIMILE:** From facsimile machine telephone number (213) 229-7065, on September 13, 2001, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on September 13, 2001 at Los Angeles, California.

Deborah L. Higbee

10527385_1 DOC

Gibson, Dunn & Crutcher LLP